# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)**: 20-35507

**Case Name**: Cedar Park Assembly of God v. Kreidler, et al.

**Counsel submitting this form**: Kevin H. Theriot

**Represented party/parties**: Cedar Park Assembly of God

*Briefly describe the dispute that gave rise to this lawsuit.*

This case is a pre-enforcement federal civil rights action brought under 42 U.S.C. § 1983 and the First and Fourteenth Amendments to the United States Constitution, challenging the constitutionality of Washington Senate Bill 6219, codified at RCW §§ 48.43.072 & 48.43.073, and challenging the constitutionality of the limited religious exemption in RCW § 48.43.065, which treats some religious organizations more favorably than others.

In 2018, the State of Washington implemented SB 6219, which requires all Washington employers to provide abortion and abortifacient coverage in their employee health plans. SB 6219 contains numerous exemptions, but none of those exemptions are available to churches or any other religious organization. And while there is a standalone provision, RCW § 48.43.065, that suggests a religious organization does not have to purchase insurance coverage for health services that violate its religious beliefs, Washington has interpreted that statute to allow a religious organization to be charged for such services. As a result, churches like the Cedar Park are now forced to provide a health plan that covers abortions, and if they refuse, they are subject to civil and criminal penalties.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 7　　　　　　　　　　　　　　　1　　　　　　　　　　　　　Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

On May 6th, 2020, the district court granted Defendants' Motion to Dismiss and denied Plaintiff's Motion for Preliminary Injunction. The court dismissed Plaintiff's claims for lack of standing under FRCP 12(b)(1). The court wrongly stated that Plaintiff only challenged RCW § 48.43.065 under Equal Protection. In fact, the Amended Complaint alleges the disparate treatment in that statute violates Cedar Park's rights under the Free Exercise and Establishment Clauses, as well as the doctrine of religious autonomy.

The court missed the fact that Cedar Park was harmed because SB 6219 forced it to change health plans, and there were no suitable plans in existence on its renewal date. SB 6219 injured Cedar Park at the time of filing. The Ninth Circuit confirmed this point in Skyline Wesleyan v. Cal. DMHC where it held that Skyline demonstrated injury in fact because it "had insurance that excluded abortion coverage in a way that was consistent with its religious beliefs. After the Letters were sent, Skyline did not have that coverage, and it has presented evidence that its new coverage violated its religious beliefs."

The district court also relied on incomplete evidence from outside the complaint that developed after the complaint was filed. But extrinsic facts can only support a motion to dismiss for lack of standing under Fed. R. Civ. P. 12(b)(1) if they existed at the time the complaint was filed.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

NA

**Signature** s/Kevin H. Theriot    **Date** Jun 12, 2020

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 7　　　　　　　　　　　　　　2　　　　　　　　　　　　　Rev. 12/01/2018